[No. 68526-1-I.   Division One.   July 1, 2013.]

GAEL DURAN, *Respondent*, v. DAVID ARMSTRONG ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-44107-7, Theresa B. Doyle, J., entered February 21, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Appelwick and Dwyer, JJ.

[No. 68617-8-I.   Division One.   July 1, 2013.]

KATHLEEN KUK ET AL., *Respondents*, v. JASON SMITH ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-2-09636-6, Larry E. McKeeman, J., entered March 23, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Schindler, JJ.

[No. 42275-1-II.   Division Two.   July 2, 2013.]

STEFANIE JEAN BENNETT, *Appellant*, v. JOHN MICHAEL XITCO,
*Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-3-01183-6, James R. Orlando, J., entered May 20, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Penoyar and Bjorgen, JJ.

[No. 42489-4-II.   Division Two.   July 2, 2013.]

WM. DICKSON COMPANY, *Respondent*, v. MISENAR CONSTRUCTION,
INC., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-04522-0, Edmund Murphy, J., entered July 26, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Quinn-Brintnall, JJ.